Megan Dixon (Cal. Bar No. 162895)
HOGAN LOVELLS US LLP
Three Embarcadero Center
Suite 1500
San Francisco, CA 94111
Tel: (415) 374-2300
Fax: (415) 374-2499
megan.dixon@hoganlovells.com

Corey W. Roush (*pro hac vice*)
John R. Robertson (*pro hac vice*)
Logan Michael Breed (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 637-5600
Fax: (202) 637-5910
corey.roush@hoganlovells.com
robby.robertson@hoganlovells.com
logan.breed@hoganlovells.com

John E. Schmidtlein (Cal. Bar No. 163520)
James H. Weingarten (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:    (202) 434-5000
Fax:    (202) 434-5029
jschmidtlein@wc.com
jweingarten@wc.com

*Attorneys for Defendant Google, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ILANA IMBER-GLUCK, on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>   Defendant. | Case No. 14-CV-01070-RMW<br><br>**JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | WHEREAS, on March 7, 2014, the Court issued an Initial Case Management Scheduling Order that, *inter alia*, set the Case Management Conference in this action for July 1, 2014; |

WHEREAS, on March 7, 2014, the Court issued an Initial Case Management Scheduling Order that, *inter alia*, set the Case Management Conference in this action for July 1, 2014;

WHEREAS, on April 2, 2014, the parties filed a Joint Stipulation for Extension of Time to Respond to Complaint that extended the deadline for Defendant's response to the Complaint to May 5, 2014;

WHEREAS, on April 18, 2014, the Clerk noticed the setting of the Case Management Conference in this action for July 11, 2014;

WHEREAS, on July 8, 2014, the Clerk noticed a continuance of the Case Management Conference in this action to August 22, 2014;

WHEREAS, on July 21, 2014, the Court entered an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss;

WHEREAS, on July 24, 2014, the parties filed a Joint Stipulation for Extension of Time to Respond to Complaint agreeing that Defendant need not respond to the original Complaint and extending Defendant's time to respond to any amended complaint to twenty-one days within the filing of any such amended complaint;

WHEREAS, on August 19, 2014, the Clerk noticed a continuance of the Case Management Conference in this action to August 29, 2014;

WHEREAS, the parties agree that a further continuance of the Case Management Conference is required in light of the fact that Defendant's counsel will be unable to attend a Case Management Conference on August 29, 2014 due to a personal scheduling conflict; and

WHEREAS, the requested continuance will have no effect on the schedule for this case;

NOW THEREFORE, pursuant to Northern District Local Rule 6-2, the parties hereby:

1. Stipulate to a continuance of the Case Management Conference to September 5, 2014 at 10:30 a.m.; and

2. Respectfully request that the Court enter an Order endorsing this Stipulation.

– 2 –

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, 14-CV-01070-RMW

Dated:  August 20, 2014

WILLIAMS & CONNOLLY LLP

By: /s/ John E. Schmidtlein

Attorneys for Defendant GOOGLE, INC.

CARPENTER LAW GROUP

By:  /s/ Todd D. Carpenter

Attorneys for Plaintiff ILANA IMBER-GLUCK

## ATTESTATION

I, James H. Weingarten, am the ECF User whose ID and password are being used to file this document.  In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories John E. Schmidtlein and Todd D. Carpenter.

/s/ James H. Weingarten
James H. Weingarten

## [] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

*Ronald M. Whyte*
Hon. Ronald M. Whyte

August 4: , 2014